UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  v.<br><br>WALTER JOHANNAS LANDER,<br><br>            Defendant. | No. CR-05-0057-FVS<br>    CR-05-0069-FVS<br><br>ORDER MODIFYING CONDITIONS<br>OF SUPERVISED RELEASE |

**THIS MATTER** came before the Court on December 16, 2009, for a Supervised Release Violation Hearing. Defendant was present and represented by Roger Peven. The government was represented by Assistant United States Attorney Timothy Durkin. Defendant having acknowledged that the violations alleged in the petition are true; Now, therefore

**IT IS ORDERED**:

Defendant's conditions of supervised release are modified as follows:

    1. Defendant shall participate in long term intensive inpatient treatment as directed by his probation officer. Arrangements have been made for Defendant to report on December 29, 2009.

    2. After completion of long term intensive inpatient treatment, you shall reside in a residential reentry center ("RRC") for a period up to 120 days. This placement may include a pre-release component,

ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE - 1

day reporting and home confinement (with or without electronic monitoring) at the direction of the RRC and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel and the United States Probation Office.

**DATED** this   18th   day of December, 2009.

S/Fred Van Sickle
Fred Van Sickle
Senior United States District Judge

ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE - 2